1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  WILLIAM TEZAK,                    ) Case No. CV 15-1744-JFW (PJW)
                                      )
11                  Plaintiff,        ) ORDER ACCEPTING REPORT AND
                                      ) RECOMMENDATIONS OF UNITED STATES
12            v.                      ) MAGISTRATE JUDGE
                                      )
13  COREY S. CRAMIN, et al.,          )
                                      )
14                  Defendants.       )
                                      )
15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion
17  to dismiss, the records on file herein, and the Report and
18  Recommendation of the United States Magistrate Judge.  Further, the
19  Court has engaged in a de novo review of those portions of the Report
20  and Recommendation to which objections have been made.  The Court
21  accepts the findings and recommendations of the Magistrate Judge and
22  adopts them as its own findings and conclusions.
23  //
24  //
25  //
26  //
27  //
28  //

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted and the case is dismissed with prejudice.

DATED: <u>January 11, 2016</u>.


                                         JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notes5F236D\Order accep r&r on MTD.wpd