JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TEZEK, | ) | CASE NO. CV 15-1744-JFW (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| COREY S. CRAMIN, et. al. | ) | |
| Defendants. | ) | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 11, 2016.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notes5F236D\judgment.wpd